UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Paul W. Bauer            Docket No. 5:14-MJ-1936-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Paul W. Bauer, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on February 4, 2015, to 12 months probation under the conditions adopted by the court.

On January 29, 2016, a Motion for Revocation was filed and a Summons was issued alleging that the defendant had failed to perform the 24 hours of community service as required. A revocation hearing is scheduled for March 2, 2016, in Fayetteville, NC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been supervised in the Eastern District of Wisconsin by U.S. Probation Officer Amy J. Kosmoski. Officer Kosmoski reported to this officer on February 25, 2016, that the defendant has now completed the 24 hours of community service as required. Since all conditions of probation have now been statisfied, we are recommending that the revocation hearing scheduled for March 2, 2016, be canceled and the term of probation be allowed to expire.

**PRAYING THAT THE COURT WILL ORDER** that the Motion for Revocation filed on January 29, 2016, be withdrawn and the hearing scheduled for March 2, 2015, be cancelled which will allow the term of probation to expire.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt                               /s/ Eddie J. Smith
Robert K. Britt                                   Eddie J. Smith
Senior U.S. Probation Officer              U.S. Probation Officer
                                                    310 Dick Street
                                                    Fayetteville, NC 28301-5730
                                                    Phone: 910-354-2537
                                                    Executed On: February 26, 2016

**ORDER OF THE COURT**

Considered and ordered this 29th day of February, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge